UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---------------------------------------------------------------

In Re:                                          **Chapter 7**

**ARTHUR B. ESTRADA**                           **Case No.  17-31085 AMN**
     **Debtor**
---------------------------------------------------------------

**ARTHUR B. ESTRADA**
     **Movant**
**v.**

**American Express Bank FSB**
**Target National Bank**
**Discover Bank**                               **August 23, 2017**
     **Respondents**
---------------------------------------------------------------

## MOTION PURSUANT TO 11 U.S.C. § 522
## TO AVOID JUDICIAL LIENS IMPAIRING EXEMPTIONS

Arthur B. Estrada, Movant, by and through counsel, moves this Court to void the judgment

liens of Respondents on Movant's real property, and states in support as follows:

1.      Arthur B. Estrada ("Movant" or "Debtor") commenced this proceeding by the filing of

a petition under Chapter 7 of Title 11, United States Code, on July 20, 2017 (the "Petition Date").

2.      By this motion Debtor seeks an order voiding Respondents' judgment liens recorded

against his real property at 29 Myra Road, Hamden, Connecticut (the "Property").  This Court has

jurisdiction to hear and determine this matter pursuant to 28 U.S.C. Section 157(b)(2)(A), (B), (K),

and (0).  The statutory predicate for relief sought herein is Section 522(f) of the Bankruptcy Code.

Applicable rules include Rules 4003(d) and 9014 of the Federal Rules of Bankruptcy Procedure.

3.      Among the assets in this estate is the Debtor's one-half interest in his residence, a

single family house at 29 Myra Road, Hamden, Connecticut (the "Property") owned jointly by Movant and his non-debtor spouse as of the Petition Date. The Property is titled in the name of the Debtor and his spouse who is not a Debtor in this case. The non-debtor spouse's interest in the Property is subject to real property taxes, if any are due, and to the first and second mortgages only, which mortgages also encumber the Debtor's interest in said Property. All other liens and encumbrances described herein are against the Debtor and his interest in the Property only. The Property is valued at $240,000.00 per an appraisal obtained on August 6, 2017 which Debtor asserts remains a fair valuation as of the Petition Date. A copy of said appraisal is attached hereto as Exhibit A. Based on said value, the Debtor's one-half interest at the Petition Date was worth $120,000. With respect to the Property, the Debtor scheduled his claimed exemption in the sum of $11,875.00.

4.     There are recorded among the land records of the Town of Hamden the following mortgages on the Property:

| Type | Holder | Amount | Balance Due | Vol/Page | Date Rec. |
|------|--------|--------|-------------|----------|-----------|
| Mortgage | Ditech Financial, LLC | $262,000.00 | $271,129.59 | 2451/25 | 4/28/2003 |
| Mortgage | Real Time Resolutions | $80,000.00 | $66,856.05 | 3079/227 | 12/27/2005 |
| | | Total Balance | $337,985.64 | | |

5.     The balances due on the first and second mortgages, as set forth above as of the Petition Date, are referenced hereinafter as the "Non-avoidable Encumbrances." The Non-avoidable Encumbrances due at the Petition Date consume well in excess of the full appraised value of the Property.

6.     Also recorded against the property among the land records of the Town of Hamden, as of the Petition Date were the following encumbrances:

| Type | Holder | Amount | Vol/Page | Date Rec. |
|---|---|---|---|---|
| Judgment Lien | American Express Bank FSB | $13,847.79 | 3661/319 | 11/16/2009 |
| Judgment Lien | Target National Bank | $10,094.16 | 3666/119 | 11/30/2009 |
| Judgment Lien | Discover Bank | $12,463.27 | 3792/267 | 2/17/2011 |

The values shown above are the original amounts of the judgment liens on which interest may also be claimed and are recorded solely against the Debtor's interest in the Property.

7.    The balances due on the Non-avoidable Encumbrances in Paragraph 4 are for the full amount of these liabilities secured by the entire property.  Allocating one-half of said debts to the Debtor's one-half interest would result in non-avoidable mortgage debts of half of $337,985.64 or $168,992.82.  The Debtor has properly claimed as exempt the value of $11,875.00 (the "Exemption"). The aggregate total of the Non-avoidable Encumbrances plus the Exemption is $180,867.82.  As the value of the Debtor's one-half interest in the Property is $120,000.00, the Non-avoidable Encumbrances plus the Exemption exceed the value of the Debtor's interest in the Property.

8.    Therefore the sum of the full amount of each of the judgment liens described in Paragraph 6 above, plus the Non-avoidable Encumbrances and the Exemption exceeds the value of the Debtor's interest in the Property, even without consideration of any of the other liens.  In accordance with the definition in Section 522(f)(2)(A) of the Bankruptcy Code, each lien impairs the exemption the Debtor could claim if there were no liens.

9.    The judgment liens of the Respondents are "judicial liens" as the term is defined in Section 101(36) of the Bankruptcy Code, and impair an exemption to which the Debtor would have been entitled in the absence of such liens.  Therefore said liens should be avoided in full as the total of all other liens including the Non-avoidable Encumbrances plus the available exemption exceeds the

value of the Debtor's interest in the Property.

THEREFORE, the Debtor prays that the Court enter an order avoiding and releasing the Respondents' encumbrances in total, and for such other and further relief as the Court deems just and appropriate.

Dated in New Haven, Connecticut, this 23rd of August  2017.

ARTHUR B. ESTRADA

BY: /s/ Richard M. Coan
Richard M. Coan (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT  06511
Telephone:  (203)624-4756
Facsimile:  (203)865-3673
rcoan@coanlewendon.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

--------------------------------------------------------------

In Re:                                    Chapter 7

ARTHUR B. ESTRADA                         Case No.  17-31085 AMN
        Debtor
--------------------------------------------------------------

ARTHUR B. ESTRADA
        Movant
v.

American Express Bank FSB
Target National Bank
Discover Bank
        Respondents
--------------------------------------------------------------

*PROPOSED*
ORDER ON MOTION TO AVOID JUDICIAL LIENS
PURSUANT TO BANKRUPTCY CODE SECTION 522(f)

After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested

Matter Procedure on the Debtor's Motion to Avoid Liens, ECF No. __ (the "Motion"), and there being no

objection thereto, and it having been represented that:

1.  On the Petition Date of this case, July 20, 2017, the fair market value of the Debtor's residence

and real property located at 29 Myra Road, Hamden, Connecticut (the "Property") was $260,000.00.

2.  The Debtor is entitled to and "could claim", *see* 11 U.S.C. § 522(f)(1) and (2)(A), an exemption

with respect to the Property under U.S.C. §§ 522(b) in the amount of $11,875.00.

2.  The encumbrances against the Property are summarized in the Motion.

It is hereby ORDERED, the Motion is granted insofar as the fixing of the following judicial liens

on the Debtor's interest in the Property are avoided pursuant to 11 U.S.C. § 522(f):

| A. | **Encumbrance** | |
|---|---|---|
| i. | Name of Encumbrance Holder: | American Express Bank FSB |
| ii. | Type of Encumbrance: | Judgment Lien |
| iii. | Recording Information: | |
| | a. Volume: | 3661 |
| | b. Page: | 319 |
| | c. City/Town: | Hamden |
| | d. Date | 11/16/2009 |
| iv. | Amount of encumbrance | $13,847.79 |
| | | |
| B. | **Encumbrance** | |
| i. | Name of Encumbrance Holder: | Target National Bank |
| ii. | Type of Encumbrance: | Judgment Lien |
| iii. | Recording Information: | |
| | a. Volume: | 3666 |
| | b. Page: | 119 |
| | c. City/Town: | Hamden |
| | d. Date | 11/30/2009 |
| iv. | Amount of encumbrance | $10,094.16 |
| | | |
| C. | **Encumbrance** | |
| i. | Name of Encumbrance Holder: | Discover Bank |
| ii. | Type of Encumbrance: | Judgment Lien |
| iii. | Recording Information: | |
| | a. Volume: | 3792 |
| | b. Page: | 267 |
| | c. City/Town: | Hamden |
| | d. Date | 2/17/2011 |
| iv. | Amount of encumbrance | $12,463.27 |

It is further ORDERED, that should this bankruptcy case be dismissed, any and all liens avoided by this Order shall be reinstated under 11 U.S.C. § 349 without further order of this Court.



# Appraisal Report

## 29 Myra Rd
## Hamden, CT 06517

Vincent J. Guardiano Real Estate Appraiser, LLC
17 Elizabeth Street
Derby, CT 06418

| Appraised Value as of: | August 6, 2017 |
|---|---|
| $ | 240,000 |

**FEATURES**

| | | | |
|---|---|---|---|
| Style/Design: | **Salt Box** | Lot Size: | **0.25 Acres** |
| Living Area (Sq.Ft.): | **1,601** | Neighborhood: | **Ridge Hill** |
| Total Bedrooms: | **2** | Total Baths: | **1.1** |
| Year Built: | **1935** | Effective Age: | **30** |
| Condition: | **Average** | Date of Report: | **08/09/2017** |

**PREPARED FOR**

Client:    **Arthur B. & Jeannine Estrada Estrada**

Address:    **29 Myra Road**

City:    **Hamden**                          State: **CT**     Zip: **06517**

Phone:                          Fax:

E-mail:

**PREPARED BY**

Name:  **Vincent J. Guardiano**

Designation:

Certification or License #:  **RCG0000260**

Expiration Date: **04/30/2018**     ST: **CT**

E-mail: **VJGRE@comcast.net**

Appraiser's Signature

**FILING**

Client File #:                          Appraiser File #:

The value opinion expressed above is only valid in conjunction with the attached appraisal report. This value opinion
may be subject to Hypothetical Conditions and/or Extraordinary Assumptions as indicated in the body of the report.
A true and complete copy of this Summary Appraisal Report contains 17 pages.

**GP CONSUMERSF**    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
10/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT
## SUBJECT PROPERTY IDENTIFICATION

Property Address: 29 Myra Rd                       City: Hamden

State: CT        Zip Code: 06517        County: New Haven

Legal Description of Real Property: Vol. 2451, Page 23

Tax Assessor's Parcel #: 2230/129        R.E. Taxes: $ 8,347.60        Tax Year: 2016

Special Assessments: $ None        Current Owner of Record: Arthur B. & Jeannine Estrada Estrada

Occupancy: ☒ Owner   ☐ Tenant   ☐ Vacant   Current Occupant (if occupied): Arthur B. & Jeannine Estrada Estrada

Project Type (if applicable):   ☐ Planned Unit Development   ☐ Condominium   ☐ Cooperative   ☐

Home Owners' Association Membership Fees (if applicable): $ _____ ☐ per year   ☐ per month

Market Area Name: Ridge Hill        Map Reference: 35300        Census Tract: 1651.00

## ASSIGNMENT

The purpose of this appraisal is to develop a Current opinion of Market Value (as defined elsewhere in this report).

Property Rights Appraised:   ☒ Fee Simple   ☐ Leasehold   ☐ Leased Fee   ☐ Other (describe) _____

Intended Use: Estimate market value to assist the client in making a business decision.

Intended User(s) (by name or type): Client

Client: Arthur B. & Jeannine Estrada Estrada        Address: 29 Myra Road, Hamden, CT 06517

Appraiser: Vincent J. Guardiano        Address: 17 Elizabeth Street, Derby, CT 06418

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | Built Up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% |
|---|---|---|---|---|---|---|---|
| Growth Rate: | ☐ Rapid | ☒ Stable | ☐ Slow | Property Values: | ☐ Increasing | ☒ Stable | ☐ Declining |
| Demand/Supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | Marketing Time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. |

Typical One-Unit   Price: ($) Low 100,000   High 600,000   Predominant 275,000
Housing Ranges:   Age: (yrs.) Low 50   High 150   Predominant 80

Present Land Use:   One-Unit: 70 %   2-4 Unit: 5 %   Multi-Unit: %   Comm'l: 5 %   Park Golf 20 %

Change in Land Use:   ☒ Not Likely   ☐ Likely *   ☐ Is Changing *   * To: _____

Market Area Comments:

The subject property is in the Ridge Hill neighborhood, a desirable locale situated in the southeastern section of Hamden. The area is classified as residential, comprising mostly single family homes built in the 1920's and 1930's. The area is proximate to East Rock Park, New Haven Country Club, and Lake Whitney. The area is proximate to New Haven, highways, schools and places of worship. When priced competitively, properties sell within a 60 to 120 day marketing period.

## SALE / TRANSFER / LISTING HISTORY OF SUBJECT PROPERTY

My research:   ☐ Did   ☒ Did not   reveal any prior sales or transfers of the subject property for the three years prior to the Effective Date of this appraisal. Data Source(s): Town hall, Client

|  | 1st Prior Sale / Transfer | 2nd Prior Sale / Transfer | 3nd Prior Sale / Transfer |
|---|---|---|---|
| Date of Prior Sale / Transfer: | N/A | N/A | N/A |
| Price of Prior Sale / Transfer: |  |  |  |
| Source(s) of Prior Sale / Transfer Data: |  |  |  |

Analysis of sale / transfer history, any current agreements of sale or listing, and listing history (if relevent):

The property was not listed in the Local MLS for sale and has not transacted within the past three years.

Client:   Arthur B. & Jeannine Estrada Estrada        Client File No.:        Appraiser File No.:



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE        10/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT
### SITE DESCRIPTION

Dimensions: <u>See attached legal description</u>    Site Area: <u>0.25 Acres</u>

Zoning Classification: <u>R4</u>    Zoning Description: <u>Single-family</u>

Zoning Compliance: ☒ Legal    ☐ Legal Non-Conforming (Grandfathered)    ☐ Illegal    ☐ No Zoning Regulations

Deed Restrictions:    Are Covenants, Conditions, & Restrictions (CC&Rs) applicable?    ☐ Yes    ☒ No    ☐ Unknown
Have the documents been reviewed?    ☐ Yes    ☐ No    ☒ N/A    Ground Rent (if applicable)    $ _____ / _____
Comments: _____

Highest & Best Use, as improved, is the:    ☐ Present use, or    ☒ Other use (explain)    <u>Single family</u>

Characteristics:    Topography: <u>Level near street grade</u>    Size: <u>Typical to Neighborhood</u>
Shape: <u>Mostly Rectangular</u>    Drainage: <u>No apparant problems</u>
View: <u>Residential</u>    Landscaping: <u>Above average landscaping</u>

Other features:    ☒ Inside Lot    ☐ Corner Lot    ☐ Cul de Sac    ☐ Underground Utilities    ☐ _____

| Utilities: | Public | Other | Provider/Description | Off-site Improvements: | Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity: | ☒ | ☐ | _____ | Street: | Paved asphalt | ☒ | ☐ |
| Gas: | ☒ | ☐ | _____ | Curb/Gutter: | None | ☐ | ☐ |
| Water: | ☒ | ☐ | _____ | Sidewalk: | none | ☐ | ☐ |
| Sanitary Sewer: | ☒ | ☐ | _____ | Alley: | None | ☐ | ☐ |

Is the property or the improvements located in a FEMA Special Flood Hazard Area?    ☐ Yes    ☒ No
FEMA Flood Zone: <u>X</u>    FEMA Map #: <u>09009C0432K</u>    FEMA Map Date: <u>5/16/2017</u>

Site Comments:

<u>Well landscaped Yard with a sprinkler system, Paved asphalt driveway, masonry patio. The rear yard is very private due to extensive shrubbery and landscaping. There are numerous flower beds and sitting gardens.</u>

### DESCRIPTION OF THE IMPROVEMENTS

General Description:    # of Units: <u>1</u>    ☐ + Accessory Unit    # of Stories: <u>2</u>    Design (Style): <u>Salt Box</u>
Type: ☒ Detached    ☐ Attached    ☐ _____    Status: ☒ Existing    ☐ Proposed    ☐ Under Construction
Actual Age (years): <u>82</u>    Effective Age (years): <u>30</u>    Year Built: <u>1935</u>

Exterior Description:
Foundation: <u>Stone/Mortar</u>    Exterior Walls: <u>Wood Shingles</u>
Roof Surface: <u>Asphalt Shingle</u>    Gutters & Downspouts: <u>Aluminum</u>
Window Type(s): <u>Double Hung</u>    Storm / Screens: <u>Insulated glass, screens</u>
Heating System: <u>Oil FWA</u>    Cooling System: <u>Central Air Conditioning</u>

Car Storage:    ☐ None    ☒ Garage    ☐ Carport    ☒ Driveway (Surface: <u>Asphalt</u> )    Total # of Cars: <u>3</u>

Livable area above grade contains: <u>7</u> Rooms, <u>2</u> Bedrooms, <u>1.1</u> Bath(s), and <u>1,601</u> Sq.Ft. of GLA

Describe Additional Features and Improvements:

<u>The subject comprises a well constructed colonial style dwelling. Updates completed 10 years ago include a remodeled Kitchen and 1/2 bathroom and a new roof. Five years ago the owner replaced the HVAC and last year replaced the water heater. Additional improvements include a fireplace, skylights and a patio. The overall condition is rated good. Some functional obsolescence is noted for the market place resistance for two-bedroom design.</u>

Client: Arthur B. & Jeannine Estrada Estrada    Client File No.:    Appraiser File No.:

GP CONSUMERSF    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    10/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT
## SALES COMPARISON APPROACH TO VALUE

For the Sales Comparison Approach, the appraiser selects comparable sales that they consider the best matches to the subject in terms of physical characteristics, physical proximity, and time of sale. The appraiser then makes adjustments to the known sale price of each comparable sale to account for differences that are recognized by the market. For example, if the subject has a single bathroom but a comparable has 2, the comparable's sale price would be reduced by the attributable value given to the extra bathroom based on the market's reaction. Likewise, if a comparable sale has a smaller square footage than the subject, its sale price would be adjusted upward in the same manner. By weighting and reconciling these adjusted sales prices together, an opinion of value for the subject can be determined.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 29 Myra Rd Hamden, CT 06517 | 83 Hepburn Rd Hamden, CT 06517 | | 25 Pickwick Rd Hamden, CT 06517 | | 36 Myra Rd Hamden, CT 06517 | |
| Proximity to Subject | | 0.17 miles NE | | 0.26 miles N | | 0.03 miles NE | |
| Sale Price | $ N/A | $ | 240,000 | $ | 245,000 | $ | 215,000 |
| Sale Price / GLA | $ /Sq.Ft. | $ 164.27/Sq.Ft. | | $ 157.46/Sq.Ft. | | $ 117.36/Sq.Ft. | |
| Data Source(s) | Inspection, TH | MLS Broker | | MLS Broker | | MLS Broker | |
| ADJUSTMENT ITEMS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing Concessions | | None | | None | | None | |
| Date of Sale / Time | N/A | July 2017 | | Nov 2016 | | Current Listing | -10,000 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Good | Similar | | Similar | | Similar | |
| Site | 0.25 Ac/Landscape | 0.34 Ac/ Similar | | 0.62 Ac/ Similar | -10,000 | 0.28 Ac/ Inferior | +10,000 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Salt Box | Cape | | Colonial | | Colonial | |
| Quality of Construction | Average | Average | | Average | | Brick | -5,000 |
| Age | 82 Yrs | 79 Yrs | | 87 Yrs | | 86 Yrs | |
| Condition | Good/some rem | Good similar Rem | | Good Inf Rem | +10,000 | Fair | +40,000 |
| Above Grade Room Count | Total 7 / Bdrms 2 / Baths 1.1 | Total 6 / Bdrms 3 / Baths 2 | -3,000 | Total 7 / Bdrms 3 / Baths 1.1 | | Total 8 / Bdrms 4 / Baths 1.1 | |
| Gross Living Area | 1,601 Sq.Ft. | 1,461 Sq.Ft. | +5,600 | 1,556 Sq.Ft. | +1,800 | 1,832 Sq.Ft. | -9,200 |
| Basement Total Area | Partial | Full | | Full | | Full | |
| Basement Finish Area | Unfinished | Unfinished | | Unfinished | | Unfinished | |
| Functional Utility | Average - (2BR) | Average | -5,000 | Average | -5,000 | Average | -5,000 |
| Heating / Cooling | FWA Central AC | Rad Central AC | | Rad NoCentral AC | +6,000 | Rad NoCentral AC | +6,000 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage / Carport | 1 Car Att | 2 Car Att (1 fit 1 rear) | -3,000 | 2 Car Att | -3,000 | None | +3,000 |
| Porch / Patio / Deck | Patio | WD | | Patio SP | -5,000 | SP | -3,000 |
| Fireplace | One Fpl | One Fpl | | One Fpl | | One Fpl | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐+ ☒– | $ -5,400 | ☐+ ☒– | $ -5,200 | ☒+ ☐– | $ 26,800 |
| Adjusted Sale Price of Comparables | | | $ 234,600 | | $ 239,800 | | $ 241,800 |

Comments on the Sales Comparison Approach:

The overall quality of the market data is rated average. All three comparable properties are located in the Ridge Hill neighborhood. Comparable property #3 is a listing, located across the street from the subject property. It is an estate property in need of a newer kitchen, windows, interior cleaning, painting and floor covering. Each sale is given equal weight in the final analyses.

| Appraiser's Indicated Value by the Sales Comparison Approach: | $ 240,000 |
|---|---|

Client: Arthur B. & Jeannine Estrada Estrada    Client File No.:    Appraiser File No.:



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    10/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT
## RECONCILIATION

Final Reconciliation of the Approaches to Value:

In developing this appraisal, the appraiser has incorporated only the Sales Comparison approach. The appraiser has excluded the Cost and Income approaches. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible.

This appraisal is made ☒ "as is"; ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed; ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed; ☐ subject to the following required inspection(s) based on the Extraordinary Assumption that the following condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions or Extraordinary Assumptions as specified elsewhere in this report.

## ATTACHMENTS

A true and complete copy of this report contains  17  pages, including all exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.
Attached Exhibits:

| | | | |
|---|---|---|---|
| ☒ Scope of Work | ☒ Limiting Conditions | ☒ Certifications | ☐ Narrative Addendum |
| ☒ Photograph Addenda | ☐ Sketch Addendum | ☒ Map Addenda | ☐ Flood Addendum |
| ☐ Qualifications | ☐ Cost Addendum | ☐ Assessor's Map | ☐ Hypothetical Conditions |
| ☐ Extraordinary Assumptions | ☒ Assessor's Card / Sketch | ☐ Legal Description | ☐ MLS Data Comp Interior Photos |

## OPINION OF VALUE

This Opinion of Value may be subject to other Hypothetical Conditions and / or Extraordinary Assumptions, if so indicated above. Based on the degree of inspection of the subject property as indicated below; the defined Scope of Work for this appraisal assignment; the attached Statement of Assumptions and Limiting Conditions; and the attached Appraiser's Certifications, my (our) Current Opinion of the Market Value (or value range), as defined elsewhere in this report, of the real property that is the subject of this report is: $           240,000           , as of:           August 6, 2017           , which is both the Inspection Date and the Effective Date of this appraisal.

## SIGNATURES

APPRAISER

Appraiser Name:   Vincent J. Guardiano
Company:
Phone: (203) 732-2900          Fax: (203) 732-2903
E-mail: VJGRE@comcast.net
Date of Report (Signature): 08/09/2017
License or Certification #: RCG0000260          State: CT
Designation:
Expiration Date of License or Certification: 04/30/2018
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: August 6, 2017

SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)

Supervisory or
Co-Appraiser Name:
Company:
Phone:          Fax:
E-mail:
Date of Report (Signature): 06/05/2017
License or Certification #:          State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

Client:  Arthur B. & Jeannine Estrada Estrada    Client File No.:          Appraiser File No.:

GP CONSUMERSF    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          10/2007

# ASSUMPTIONS & LIMITING CONDITIONS

### SUBJECT PROPERTY

| Property Address: | 29 Myra Rd | | City: | Hamden |
|---|---|---|---|---|
| State: CT | Zip Code: 06517 | | County: | New Haven |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

Pursuant to addressing the intent of Connecticut State Statutes 19a-111 through 19a-111d, inclusive, pertaining to the possible existence of lead-based paint, your appraisers are not qualified to detect the presence of such substances in the environment of the subject property. As of the date of our inspection no defective surfaces, as defined by the State of Connecticut lead paint regulations, were evident with respect to the interior and exterior of the subject improvements.

Client:   Arthur B. & Jeannine Estrada Estrada        Client File No.:                          Appraiser File No.:



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCARAD_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE        Page 1 of 3    10/2007

# DEFINITIONS & SCOPE OF WORK

### SUBJECT PROPERTY

| Property Address: | 29 Myra Rd | | City: | Hamden |
|---|---|---|---|---|
| State: CT | Zip Code: 06517 | | County: | New Haven |

**DEFINITION OF MARKET VALUE \*:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions

whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Exposure Period - Exposure period is defined as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of appraisal." A reasonable estimated exposure period for the subject property is approximately 2 to 6 months. It is presumed that this exposure period has preceded the effective date of appraisal.

This appraisal and resultant value conclusion(s) give no consideration to the possible existence of any hazardous materials, (which may have been used in either the construction or maintenance of the property, including, but not limited to lead-based paint, urea formaldehyde foam insulation, or asbestos) other than that which may be intrinsically reflected in the sale prices of comparable properties utilized in this report. The presence of such materials in the environment of the property could substantially impact on the market value and/or marketability of the subject real estate. This assumption also applies to any soil contamination, hazardous gases (such as radon), or electromagnetic fields (EMF's) which may emanate from the subject premises or from sources in proximity to the subject property. It is recommended that experts be retained for such evaluations, should the client deem it appropriate.



# CERTIFICATIONS

### SUBJECT PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Property Address: | 29 Myra Rd | | | City: | Hamden |
| State: CT | Zip Code: | 06517 | County: | New Haven | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:** I have not  performed services, as an appraiser or any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

### SIGNATURES

**APPRAISER**

Appraiser Name:  Vincent J. Guardiano
Company:
Phone:  (203) 732-2900          Fax: (203) 732-2903
E-mail:  VJGRE@comcast.net
Date of Report (Signature):  08/09/2017
License or Certification #:  RCG0000260          State: CT
Designation:
Expiration Date of License or Certification:  04/30/2018
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:  August 6, 2017

**SUPERVISORY APPRAISER** (if required)
or CO-APPRAISER (if applicable)

Supervisory or
Co-Appraiser Name:
Company:
Phone:          Fax:
E-mail:
Date of Report (Signature):  06/05/2017
License or Certification #:          State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

Client:   Arthur B. & Jeannine Estrada Estrada   Client File No.:          Appraiser File No.:



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCARAD_LT - *TOTAL* appraisal software by a la mode, inc. - 1-800-ALAMODE                Page 3 of 3   10/2007

## Subject Photo Page

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 29 Myra Rd | | | | | |
| City | Hamden | County | New Haven | State | CT | Zip Code | 06517 |
| Lender/Client | | | | | | |



### Subject Front

| | |
|---|---|
| 29 Myra Rd | |
| Sales Price | N/A |
| Gross Living Area | 1,601 |
| Total Rooms | 7 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.1 |
| Location | Good |
| View | Residential |
| Site | 0.25 Ac/Landscape |
| Quality | Average |
| Age | 82 Yrs |



### Subject Rear



### Subject Street

## Comparable Photo Page

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 29 Myra Rd | | | | |
| City | Hamden | County | New Haven | State CT | Zip Code 06517 |
| Lender/Client | | | | | |



### Comparable 1

83 Hepburn Rd
| | |
|---|---|
| Prox. to Subject | 0.17 miles NE |
| Sales Price | 240,000 |
| Gross Living Area | 1,461 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Similar |
| View | Residential |
| Site | 0.34 Ac/ Similar |
| Quality | Average |
| Age | 79 Yrs |



### Comparable 2

25 Pickwick Rd
| | |
|---|---|
| Prox. to Subject | 0.26 miles N |
| Sales Price | 245,000 |
| Gross Living Area | 1,556 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | Similar |
| View | Residential |
| Site | 0.62 Ac/ Similar |
| Quality | Average |
| Age | 87 Yrs |



### Comparable 3

36 Myra Rd
| | |
|---|---|
| Prox. to Subject | 0.03 miles NE |
| Sales Price | 215,000 |
| Gross Living Area | 1,832 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.1 |
| Location | Similar |
| View | Residential |
| Site | 0.28 Ac/ Inferior |
| Quality | Brick |
| Age | 86 Yrs |

## Location Map

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | | | | | | |
| Property Address | 29 Myra Rd | | | | | |
| City | Hamden | County | New Haven | State | CT | Zip Code | 06517 |
| Lender/Client | | | | | | |



**Assessor's Card**

Property Location: 29 MYRA RD
Vision ID: 4590　Account #　　MAP ID: 2230/ 129/ / /　Bldg #: 1 of 1　Sec #: 1 of 1　Bldg Name:　　State Use: 1010
Print Date: 09/28/2016 09:05

# VISION

6063
HAMDEN, CT

## CURRENT OWNER
ESTRADA ARTHUR B & JEANNINE J

29 MYRA RD

HAMDEN, CT 06517
Additional Owners:

### TOPO.
| Level |
### UTILITIES
| 2 Public Water
| 3 Public Sewer
| 5 Gas/Electric

### STRT./ROAD
| 1 Paved

### LOCATION
| 2 Suburban

## SUPPLEMENTAL DATA
ZONE
Subdiv Name
File Map
Devel #
Census Tract

Other ID:
Unit Number
I & E
RESupplForm
Deed Type
Inspect Zone
EGS ID: 4590

QC
&

### CURRENT ASSESSMENT
| Description | Code | Appraised Value | Assessed Value |
|---|---|---|---|
| RES LAND | 1-1 | 145,300 | 101,710 |
| DWELLING | 1-3 | 117,400 | 82,180 |
| RES OUTBL | 1-2 | 200 | 140 |
| | | Total: 262,900 | 184,030 |

### PREVIOUS ASSESSMENTS (HISTORY)
| Yr. | Code | Assessed Value | Yr. | Code | Assessed Value | Yr. | Code | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2015 | 1-1 | 101,710 | 2014 | 1-1 | 101,710 | | | |
| 2015 | 1-3 | 82,180 | 2015 | 1-3 | 82,180 | 2014 | 1-2 | 113,050 |
| 2015 | 1-2 | 140 | 2015 | 1-2 | 140 | 2014 | 1-2 | 101,010 |
| | | | | | | | | 140 |
| Total: 184,030 | | | Total: 142,030 | | | Total: 214,210 | | |

### APPRAISED VALUE SUMMARY
This signature acknowledges a visit by a Data Collector or Assessor

| | |
|---|---|
| Appraised Bldg. Value (Card) | 114,700 |
| Appraised XF (B) Value (Bldg) | 2,300 |
| Appraised OB (L) Value (Bldg) | 200 |
| Appraised Land Value (Bldg) | 145,300 |
| Special Land Value | |
| Total Appraised Parcel Value | 262,800 |
| Valuation Method: | C |
| Exemptions: | 0 |
| Adjustment: | 0 |
| Net Total Appraised Parcel Value | 262,900 |

## RECORD OF OWNERSHIP
| | BK-VOL/PAGE | SALE DATE | q/u | v/i | SALE PRICE | V.C. |
|---|---|---|---|---|---|---|
| ESTRADA ARTHUR B & JEANNINE J. SERV | | 04/28/2005 | U | I | | 00 |
| ESTRADA ARTHUR B | | 10/15/1998 | U | I | | 0 |
| ESTRADA ARTHUR B | | 06/17/1986 | U | I | | 0 |

### OTHER ASSESSMENTS
| Description | Code | Number | Amount | Comm. Int. |
|---|---|---|---|---|

### VISIT/CHANGE HISTORY
| Date | Type | IS | ID | Cd. | Purpose/Result |
|---|---|---|---|---|---|
| 10/01/2015 | | | | VG | 95 Reassessment Project |
| 09/30/2015 | | | | SB | 29 Reval Review |
| 10/05/2016 | | | ID | D35 | 29 Reval Review |
| 09/07/2016 | | | | MP | 02 2nd Callback |
| 03/07/2010 | | | ID | MP | 02 1st Callback |

## EXEMPTIONS
| Year | Type | Description | Amount | Code |
|---|---|---|---|---|
| | | | Total: | |

## ASSESSING NEIGHBORHOOD
| NBHD/Sub | NBHD Name | Street Index Name | Tracing | Batch |
|---|---|---|---|---|
| 30/A | | | | |

## NOTES
1A 410 DEP-Av
G1 4" REAR DORMERS

## LAND LINE VALUATION SECTION
| B Use Code | Use Description | Zone | D | Front Depth | Units | Unit Price | I. Factor | S.A. | C. Factor | Adj. | Notes-Adj | Spec. Unit Price | Spec. Use | Spec. Calc. | S.Adj | Unit Price | Land Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1010 Single Fam Mdl | R4 | | | 0.25 AC | 104,850.00 | 3.0798 | S | 1.0000 | 30 | Acre-48 | | | | 1.00 | | 145,300 |

| Total Card Land Units: | 0.25 AC | Parcel Total Land Area: 0.25 AC | Total Land Value: | 145,300 |

## BUILDING PERMIT RECORD
| Permit ID | Issue Date | Type | Description | Amount | Insp. Date | % Comp. | Date Comp. | Comments |
|---|---|---|---|---|---|---|---|---|

## Assessor's Card



## Legal Description

VL 2451  PG 024

### SCHEDULE A

#### LEGAL DESCRIPTION

ALL THAT CERTAIN piece or parcel of land, with all the buildings and improvements thereon situated in the Town of Hamden, County of New Haven and State of Connecticut, known as 27 Myra Road, being Lot #29 on a map entitled "Map of Burton Property, Hamden, Conn., Y.H. & V.F. Larson, Agents & Developers", which map is on file in the Hamden Town Clerk's Office, and which parcel is bounded and described as follows:

NORTHERLY:    By Myra Road, as shown on said map, a distance of seventy-three (73.0) feet;

EASTERLY:    By Lot #30, as shown on said map, a distance of one hundred fifty (150.0) feet;

SOUTHERLY:    By land now or formerly of Charlotte R. Downer, as shown on said map, a distance of seventy-three  (73.0) feet; and

WESTERLY:    By Lot #28, as shown on said map, a distance of one hundred fifty (150.0) feet.

Received for record _APR 2 8 2003_
at _11 h 20 m_ M at Hamden, CT

_Vera A. Morrison)_
Hamden Town Clerk

## Scanned Assessor's Map



**Town of Hamden, Connecticut - Assessment Parcel Map**
Parcel: 2230-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      Address: 29 MYRA RD

STATE OF CONNECTICUT  ✦  DEPARTMENT OF CONSUMER PROTECTION

Be it known that

## VINCENT J GUARDIANO

has been certified by the Department of Consumer Protection as a licensed

## CERTIFIED GENERAL REAL ESTATE APPRAISER

## License # RCG.0000260

**Effective: 05/01/2017**
**Expiration: 04/30/2018**

_Michelle Seagull_
Michelle Seagull, Acting Commissioner

## Qualifications

| | |
|---|---|
| Borrower | |
| Property Address | 29 Myra Rd |

| City | | County | | State | Zip Code |
|---|---|---|---|---|---|
| Hamden | | New Haven | | CT | 06517 |

| | |
|---|---|
| Lender/Client | |

---

### Qualifications of the Appraiser

Vincent J. Guardiano                     Phone: (203) 732-2900
Real Estate Appraiser, LLC          Fax: (203) 732-2903
17 Elizabeth Street                        E-Mail VJGRE@Comcast.Net
Derby, CT 06418

**APPRAISAL EXPERIENCE**
30+ Years of full time Residential, Commercial and Industrial appraisal experience, consultation and courtroom testimony.

Senior Staff Appraiser from 1984 through August 1996 Durocher Associates, 718 West Woods Road, Hamden CT.

1996 to Present:  Independent Fee Appraiser and Consultant

**GENERAL EDUCATION**
Notre Dame High School, West Haven, Connecticut - Graduated 1973
United States Army 1973-1975
Southern Connecticut State College, New Haven, Connecticut
Graduated 1981 with B.S. in Mathematics

**LICENSURE**
Certified General Appraiser
Certification No. RCG.260
Expiration Date 4/30/17

**APPRAISAL EDUCATION**
Successful completion of the following examinations offered by the A.I.R.E.A.

1A-1 Real Estate Appraisal Principles
1A-2 Basic Valuation Procedures
082  Residental Valuation
"Standards of Professional Practice Part A (USPAP)": Appraisal Institute 3/11.94-3/12/94
Capitalization Theory & Tech Part A - Exam 1B-A - 5/23/91
Capitalization Theory & Tech Part B - Exam 1BB - 10/23/91
Completion of all continuing education courses including Appraisal Law, Fair Housing and National USPAP updates.

**CURRENT AND FORMER APPRAISAL CLIENTS**
City of New Haven, City of Ansonia, City of Shelton, Town of Seymour, City of Derby, Trumbull Fire District, Branford Savings Bank, Centerbank, Birmingham Utilities, Inc., Bank of Boston CT, Derby Savings Bank, F.D.I.C,, Webster Bank, Lafayette American Bank & Trust, New Haven Savings Bank, Shawmut Bank, Connecticut Bank of Commerce, Bank of Southern Connecticut,  Citicorp, People's Bank, Fleet Bank, Milford Bank, First Union, Dime Savings Bank, United Illuminating Co., Yale University, McCormack, Baron & Associates, RECOLL Management, Union Trust Company, Comfed Savings Bank, Naugatuck Valley Savings and Loan Association, Naugatuck Savings Bank, The Savings Bank of Manchester, First Union, various mortgage companies plus attorneys and private property owners.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In Re:                                           Chapter 7

**ARTHUR B. ESTRADA**                            Case No.   17-31085 AMN

Debtor                                           **August 23, 2017**

---

## NOTICE OF CONTESTED MATTER RESPONSE DATE

Arthur B. Estrada (the "Movant") has filed a Motion Pursuant to 11 U.S.C. § 522 to Avoid Judicial Liens Impairing Exemptions (the "Contested Matter") with the United States Bankruptcy Court for the District of Connecticut.

Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than September 6, 2017.*   In the absence of a timely response, the proposed orders in the Contested Matters **may** enter without further notice and hearing, *see* 11 U.S.C. Section 102(1).

Dated at New Haven, Connecticut, this 23rd day of August 2017.

BY: /s/ Richard M. Coan
Richard M. Coan (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT   06511
Telephone:   (203)624-4756
Facsimile:   (203)865-3673
rcoan@coanlewendon.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

In Re:                                          **Chapter 7**

**ARTHUR B. ESTRADA**                           **Case No. 17-31085 AMN**

    **Debtor**                **August 23, 2017**

---

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 23rd day of August 2017, the following Documents were served on the Office of the United States Trustee, the Chapter 7 Trustee, Debtor and all appearing parties via the Court's electronic filing system or, by first class mail on the parties in interest listed in Section 2 below.

1. **Documents Served**:

   a. Motion Pursuant to 11 U.S.C. § 522 to Avoid Judicial Lien Impairing Exemptions
   b. Proposed Order
   c. Notice of Contested Matter

2. **Parties Served Via Certified Mail**:

   American Express Bank FSB
   Att: President or Other Officer
   4315 F. 2700 West
   Salt Lake City, UT 84148

   Target National Bank
   Att: President or Other Officer
   3901 West 53rd Street
   Sioux Falls, SD 57106

   Discover Bank
   Att: President or Other Officer
   c/o Discover Products
   6500 New Albany Road
   East New Albany, OH 43054

3. **Parties Served Via First Class Mail**:

   Arthur B. Estrada
   20 Myra Road
   Hamden, CT 06517

American Express Bank FSB
c/o Stephen Wiener, Esq
Law Office Howard Lee Schiff
P.O. Box 280245
East Hartford, CT 06128

Target National Bank
c/o Stephen Wiener, Esq.
Law Office of Howard Lee Schif
P.O. Box 280245
East Hartford, CT 0612

Discover Bank
c/o Kevin M. Hughes, Esq.
Zwicker & Associates, PC
5800 Bigelow Commons
Enfield, CT 06082

BY: /s/ Richard M. Coan
Richard M. Coan (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT  06511
Telephone:  (203)624-4756
Facsimile:  (203)865-3673
rcoan@coanlewendon.com