# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 10, 2017

In re:

    Arthur B. Estrada

Debtor*

Case Number: 17–31085 amn
Chapter: 7

Arthur B. Estrada , Debtor(s)

Movant(s)

v.

American Express Bank FSB
Target National Bank
Discover Bank
Respondent(s)

### ORDER GRANTING MOTION TO AVOID LIENS PURSUANT TO 11 U.S.C. § 522(f)

    In connection with the Debtor's Motion to Avoid Liens pursuant to 11 U.S.C. § 522(f) (the "Motion", ECF No. 8), after notice and a hearing, *see* 11 U.S.C § 102(1), and in compliance with the Court's Contested Matter Procedure, and there being no objection filed to the Motion, it having been represented in the Motion that:

    1. On the date of the commencement of this case, July 20, 2017, the fair market value of the Debtor's residence and real property located at 29 Myra Road, Hamden, Connecticut (the "Property"), was $260,000.00;

    2. The Debtor is entitled to and "could claim", *see* 11 U.S.C. § 522(f)(1) and (2)(A), an exemption with respect to the Property under 11 U.S.C. §§ 522(b) or Connecticut General Statute 52–352b(t) in the amount of $11,875.00; and

    3. All encumbrances filed against the Property are set forth in the Motion; it is hereby

    **ORDERED:** The Motion is granted insofar as the fixing of the following liens on the Debtor's interest in the Property are avoided pursuant to 11 U.S.C. § 522(f):

    A. First encumbrance
      i. Name of encumbrance holder:     American Express Bank FSB
      ii. Type of encumbrance:     Judicial Lien
      iii. Recording information:
        a. Volume:     3661
        b. Page:     319
        c. City/Town:     Hamden
      iv. Amount of encumbrance:     $13,847.79
        in principal
        as of the date of recording

    B. Second encumbrance
      i. Name of encumbrance holder:     Target National Bank
      ii. Type of encumbrance:     Judicial Lien

   iii. Recording information:
    a. Volume:         3666
    b. Page:          119
    c. City/Town:        Hamden
   iv. Amount of encumbrance:    $10.094.16
                in principal
                as of the date of recording

  C. Third encumbrance
   i. Name of encumbrance holder:   Discover Bank
   ii. Type of encumbrance:     Judicial Lien
   iii. Recording information:
    a. Volume:         3792
    b. Page:          267
    c. City/Town:        Hamden
   iv. Amount of encumbrance:    $12,463.27
                in principal
                as of the date of recording

 ; and it is further

  **ORDERED:** If the Debtor's case is dismissed, any and all liens avoided by this Order shall be reinstated under 11 U.S.C. § 349 without further order of this Court .

Dated: October 10, 2017                    BY THE COURT

                          *Ann M. Nevins*
                         United States Bankruptcy Judge
                          District of Connecticut

United States Bankruptcy Court            Tel. (203) 773–2009
District of Connecticut               VCIS* (866) 222–8029
157 Church Street, 18th Floor           * Voice Case Information System
New Haven, CT 06510              http://www.ctb.uscourts.gov
                              Form 120 – sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.